UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16-cv-23812

MARIA ERMINA ZELAYA ABRIGO and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

v.

SUMMIT NURSING SERVICES, INC.,
MELVA BARRETT,
BANVILLE BARRETT,
RICHARD THELWELL,

        Defendants.

## NOTICE OF APPEARANCE

BRANDON J. GIBSON, ESQ. from THE LAW OFFICE OF BRANDON J. GIBSON, PLLC, hereby gives notice of appearing as counsel for Defendants, SUMMIT NURSING SERVICES, INC., MELVA BARRETT, BANVILLE BARRETT and RICHARD THELWELL, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

Respectfully submitted,

By:  /s/ Brandon J. Gibson
Brandon J. Gibson, Esq.
Fla. Bar No.: 99411
Email: bgibson@bjglawfirm.com
THE LAW OFFICE OF BRANDON J. GIBSON, PLLC
3800 Inverrary Blvd., Ste. 401-T
Lauderhill, Florida 33319
Telephone: (754) 229.1151

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Brandon Gibson**

## SERVICE LIST

**MARIA ERMINA ZELAYA ABRIGO v. SUMMIT NURSING SERVICES, INC., MELVA BARRETT, BANVILLE BARRETT, RICHARD THELWELL**
Case No.16-cv-23812
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| Brandon Gibson | K. David Kelly |
| E-Mail:bgibson@bjglawfirm.com | E-Mail: david.kelly38@rocketmail.com |
| THE LAW OFFICE OF BRANDON J. GIBSON, PLLC | Rivhak Fay Jaff |
| 3800 Inverrary Blvd., Suite 401-T | E-Mail: Rivkah.Jaff@gmail.com |
| Lauderhill, Florida 33319 | Stephen Michael Fox, Jr. |
| Telephone: (754) 229-1151 | E-Mail: Stephen.fox.esq@gmail.com |
| | Jaimie H. Zidell |
| *Counsel for Defendant(s)* | E-Mail: zabaogado@aol.com |
| | J.H. Zidell, PA |
| | 300 71st Street, Suite 605 |
| | Miami Beach, FL 33141 |
| | Telephone: (305) 865-6766 |
| | Facsimile: (305) 865-7167 |
| | *Counsel for Plaintiff(s)* |