UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-23812-CIV-LENARD/GOODMAN

MARIA ERMINA ZELAYA ABRIGO,

    Plaintiff,

v.

SUMMIT NURSING SERVICES, INC.,
et al.,

    Defendants.
_____/

**ORDER CONCERNING DEFENDANTS' FAILURE
TO APPEAR AT THE SETTLEMENT CONFERENCE**

The Undersigned scheduled a settlement conference for March 1, 2017, at 10:00 AM. [ECF No. 28]. Plaintiff, Plaintiff's counsel, Defendants' counsel, Defendant Melva Barrett (individually and as corporate representative for Defendant Summit Nursing Services, Inc.) appeared. However, Defendants Banville Barrett and Richard Thelwell failed to appear.

The Order scheduling the mediation specifically required all individual parties to attend. [ECF No. 28, p. 2]. The Court was compelled to cancel the mediation because not all parties were present. [ECF No. 33].

Counsel shall, by March 7, 2017, contact the Undersigned's Chambers to select a new settlement conference date that is convenient for all parties. **ALL** parties shall timely appear at the next scheduled settlement conference.

Additionally, Defendants' counsel and Defendants shall, by Wednesday, March 8, 2017, pay $725.00 to Plaintiff's counsel for Plaintiff's fees and expenses.[1]

Defendants (or their counsel) shall also submit an affidavit of compliance, confirming payment, to the Undersigned's e-file inbox (goodman@flsd.uscourts.gov), not on CM/ECF, within two days of making the payment.

The Undersigned does not deem this expense-shifting award to be an indication that Defendants acted in bad faith. Rather, it is merely a *consequence* of their failure to appear for the scheduled settlement conference. It is not a disciplinary sanction of any kind.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on March 1, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

---

[1] The Undersigned is allowing Defendants' counsel and Defendants to decide how to split the responsibility of paying the $725.00 to Plaintiff's counsel. $525.00 is for attorney's fees and $200.00 is for Plaintiff's costs for the interpreter.

**Copies furnished to:**

The Honorable Joan A. Lenard
All counsel of record