UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16-cv-23812

| | |
|---|---|
| MARIA ERMINA ZELAYA ABRIGO and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SUMMIT NURSING SERVICES, INC., MELVA BARRETT, BANVILLE BARRETT, RICHARD THELWELL, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

The undersigned counsel, pursuant to Local Rules 7.1 and 11.1, and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, hereby moves this Honorable Court for entry of an order permitting the Law Office of Brandon J. Gibson, PLLC, to withdraw as counsel for Defendants, SUMMIT NURSING SERVICES, INC. and MELVA BARRETT[1], ("Defendants") and requests to be administratively terminated in this case.  For the reasons set more fully herein, the instant motion to withdraw should be granted.

1.      The Law Office of Brandon J. Gibson, PLLC has been retained as counsel of record for Defendants in the instant action.

2.      Sufficient grounds for withdrawal exist under Rule 4-1.16(b), Florida Rules of Professional Conduct.

---

[1] Defendants Richard Thelwell and Banville Barrett were voluntarily dismissed from this case on April 5, 2017. [DE 41]

3.     The undersigned has attempted in good faith to resolve these matters, however has been unable to do so.

4.     The above-described matters constitute irreconcilable differences and good cause for withdrawal.

5.     The instant Motion has been filed at the early stages of this case, and withdrawal can be accomplished without any material adverse effect on the interests of Defendants.

6.     The Parties have submitted a proposed scheduling order that calls for discovery in this case to close on November 11, 2017, however a scheduling order has not yet been entered by the Court.

7.     The Parties have exchanged written discovery, and Melva Barrett's deposition has been taken by Plaintiff's counsel.

8.     A settlement conference was held before Magistrate Judge Goodman on March 23, 2017, but the Parties were not able to settle.

9.     Requiring the undersigned to remain on the case would impose an unreasonable financial burden.

10.     Pursuant to Local Rule 11.1(d), the undersigned provided notice to Defendants regarding its withdrawal on Monday, April 10, 2017 via telephone and E-Mail.

11.     The Last known mailing address for the corporate Defendant is: 6047 Kimberly Blvd. Suite Q, North Lauderdale, FL 33068, and the last known address for the individual Defendants is: 2000 Banks Rd. Suite 220, Margate, FL 33063; their email address is summitnursing@aol.com.

WHEREFORE, the Law Office of Brandon J. Gibson, PLLC moves this Honorable Court for entry of an Order granting them leave to withdraw as counsel of record for Defendants, and to stay the proceedings for twenty-one (21) days to allow Defendants to secure legal counsel.

## <u>LOCAL RULE 7.1(A)(3)(a) CERTIFICATE</u>

Counsel for Plaintiff certifies that he has conferred with Plaintiff's counsel, Rivkah Jaff, via email on April 10, 2017, but she has not agreed to filing of this motion and the relief sought therein.

Respectfully submitted,

By:___/s/ Brandon J. Gibson
Brandon J. Gibson, Esq.
Fla. Bar No.: 99411
Email: bgibson@bjglawfirm.com
THE LAW OFFICE OF BRANDON J. GIBSON, PLLC
3800 Inverrary Blvd., Ste. 401-T
Lauderhill, Florida 33319
Telephone: (754) 229.1151

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Brandon Gibson**

## SERVICE LIST
**MARIA ERMINA ZELAYA ABRIGO v. SUMMIT NURSING SERVICES, INC.,**
**MELVA BARRETT, BANVILLE BARRETT, RICHARD THELWELL**
Case No.16-cv-23812
**United States District Court, SOUTHERN District of Florida**

Brandon Gibson
E-Mail:bgibson@bjglawfirm.com
THE LAW OFFICE OF BRANDON J. GIBSON, PLLC
3800 Inverrary Blvd., Suite 401-T
Lauderhill, Florida 33319
Telephone: (754) 229-1151
Facsimile: (844)761-1555

*Counsel for Defendant(s)*

K. David Kelly
E-Mail: david.kelly38@rocketmail.com
Rivhak Fay Jaff
E-Mail: Rivkah.Jaff@gmail.com
Stephen Michael Fox, Jr.
E-Mail: Stephen.fox.esq@gmail.com
Jaimie H. Zidell
E-Mail: zabaogado@aol.com
J.H. Zidell, PA
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Counsel for Plaintiff(s)*