UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23812-CIV-JAL

MARIA ERMINA ZELAYA ABRIGO and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

SUMMIT NURSING SERVICES, INC.,
MELVA BARRETT,
BANVILLE BARRETT,
RICHARD THELWELL,

        Defendants.
_____

## PLAINTIFF'S RESPONSE TO DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS [DE42]

COMES NOW the Plaintiff, by and through the undersigned, pursuant to the Federal Rules of Civil Procedure, and Responds to Defense Counsel's Motion to Withdraw as Counsel for Defendants, SUMMIT NURSING SERVICES, INC., and MELVA BARRETT, filed as [DE42], and as grounds thereof states as follows:

1. The undersigned has been in conferral with Defense Counsel regarding Defendants' insufficient and inadequate responses to Plaintiff's written discovery including Defendants' responses to Plaintiff's First Request for Production and First Set of Interrogatories. Subsequent to conferral attempts, Defendants agreed to provide better responses and provide responsive documents to same so that Plaintiff would not have to move for Court intervention.[1]

---

[1] Specifically, Defendants agreed to provide better responses and responsive documents to Interrogatories Nos. 2, 3, and 7, and Request for Production 13, 17, 18, 19, 33, 34, 35, 45, and all the responses where Defendants said "response will be supplemented when they are received."

2. With regards to Defense Counsel's pending Motion [DE42], Plaintiff advised that she did not oppose the instant relief sought so long as Plaintiff was provided with the outstanding discovery which Defendants had agreed to better respond to and provide responsive documents prior to same. To date, Plaintiff has still not been furnished with same. This is inhibiting Plaintiff's ability to conduct follow-up depositions and follow-up discovery (i.e. set witnesses for depositions as Defendants have failed to provide complete disclosures with regards to addresses, etc.).

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS THE COURT GRANT DEFENSE COUNSEL'S MOTION TO WITHDRAW [DE42] SUBSEQUENT TO DEFENDANTS' PROVIDING PLAINTIFF WITH AGREED BETTER ANSWERS AND RESPONSIVE DOCUMENTS TO SAME SO THAT PLAINTIFF IS ABLE TO CONDUCT FOLLOW-UP DISCOVERY AS NECESSARY.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Rivkah F. Jaff, Esq. ____
       Rivkah F. Jaff, Esquire
       Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 4/19/17 TO:**

---

Plaintiff has also propounded supplemental written discovery, served on 4/4/17 which has not come due.

**BRANDON JAVON GIBSON, ESQ.**
**THE LAW OFFICE OF BRANDON J. GIBSON, PLLC**
**3800 INVERRARY BLVD., SUITE 401-T**
**LAUDERHILL, FL 33319**
**PH: (754) 229-1151**
**EMAIL: BGIBSON@BJGLAWFIRM.COM**

BY:__/s/____Rivkah F. Jaff_____
       **RIVKAH F. JAFF, ESQ.**