UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 16-cv-23812

MARIA ERMINA ZELAYA ABRIGO and all )
others similarly situated under 29 U.S.C. 216(b), )
)
                Plaintiff, )
)
v. )
)
SUMMIT NURSING SERVICES, INC., )
MELVA BARRETT, )
BANVILLE BARRETT, )
RICHARD THELWELL, )
)
                Defendants. )

**REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

The undersigned counsel, hereby provides this reply to Plaintiff's response to the pending motion to withdraw as counsel for Defendants, SUMMIT NURSING SERVICES, INC. and MELVA BARRETT [DE 43]. In support of the motion the undersigned states as follow:

1. The undersigned has been in conferral with Plaintiff's Counsel to resolve the outstanding discovery issues. As such, any statement that the responsive documents or answers would be "supplemented when they are received" was made in good faith.

2. However, the undersigned has made numerous attempts to attain the responsive information, but to date it has not been received.[1]

3. There are irreconcilable differences that exist between the undersigned and the Defendants. As such good cause exists for withdrawal.

---

[1] The undersigned cannot disclose all the efforts made due to attorney-client privilege.

4. The undersigned has attempted in good faith to resolve these matters, however has been unable to do so.

5. Requiring the undersigned to remain on the case would impose an unreasonable financial burden.

WHEREFORE, the Law Office of Brandon J. Gibson, PLLC requests this Honorable Court for entry of an Order granting them leave to withdraw as counsel of record for Defendants, and to stay the proceedings for twenty-one (21) days to allow Defendants to secure legal counsel.

Respectfully submitted,

By: /s/ Brandon J. Gibson
Brandon J. Gibson, Esq.
Fla. Bar No.: 99411
Email: bgibson@bjglawfirm.com
THE LAW OFFICE OF BRANDON J. GIBSON, PLLC
3800 Inverrary Blvd., Ste. 401-T
Lauderhill, Florida 33319
Telephone: (754) 229.1151

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **Brandon Gibson**

## SERVICE LIST
**MARIA ERMINA ZELAYA ABRIGO v. SUMMIT NURSING SERVICES, INC., MELVA BARRETT, BANVILLE BARRETT, RICHARD THELWELL**
Case No.16-cv-23812
**United States District Court, SOUTHERN District of Florida**

Brandon Gibson
E-Mail:bgibson@bjglawfirm.com
THE LAW OFFICE OF BRANDON J. GIBSON, PLLC
3800 Inverrary Blvd., Suite 401-T
Lauderhill, Florida 33319
Telephone: (754) 229-1151
Facsimile: (844)761-1555

*Counsel for Defendant(s)*

K. David Kelly
E-Mail: david.kelly38@rocketmail.com
Rivhak Fay Jaff
E-Mail: Rivkah.Jaff@gmail.com
Stephen Michael Fox, Jr.
E-Mail: Stephen.fox.esq@gmail.com
Jaimie H. Zidell
E-Mail: zabaogado@aol.com
J.H. Zidell, PA
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
*Counsel for Plaintiff(s)*