UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23812-CIV-JAL

MARIA ERMINA ZELAYA ABRIGO and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                          Plaintiff, )
   vs. )

SUMMIT NURSING SERVICES, INC., )
MELVA BARRETT, )
BANVILLE BARRETT, )
RICHARD THELWELL[1], )

                    Defendants. )
_____ )

### FINAL DEFAULT JUDGMENT PURSUANT TO 29 U.S.C 216(b) AS TO DEFENDANT, SUMMIT NURSING SERVICES, INC.

**THIS CAUSE** is before the Court on Plaintiff's Motion for Final Default Judgment against Defendant Summit Nursing Services, Inc. Pursuant to 29 U.S.C. § 216(b), (D.E. 58), filed May 16, 2017.  On May 15, 2017, the Clerk entered Default against Defendant Summit Nursing Services, Inc. for failure to appear through substitute counsel, (D.E. 56), as required by the Court's Order of April 21, 2017, (D.E. 48).  Upon review of the Motion and record, it is hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff MARIA ERMINA ZELAYA ABRIGO and against Defendant SUMMIT NURSING SERVICES, INC., upon the Complaint herein, and it is further

---

[1] Defendants BANVILLE BARRETT, and RICHARD THELWELL were Voluntary Dismissed without Prejudice [DE41].

**ORDERED AND ADJUDGED** that Plaintiff shall have and receive from Defendant SUMMIT NURSING SERVICES, INC. the amount of **$27,876.96.00**, which sum shall bear interest in accordance with 29 U.S.C. § 1961.

The Court shall retain jurisdiction over this action to determine the issue of attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of May, 2017.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record

SUMMIT NURSING SERVICES, INC.
C/O REGISTERED AGENT: MELVA BARRETTE
6047 KIMBERLY BLVD., SUITE Q
NORTH LAUDERDALE, FL 33068

MELVA BARRETT
2000 BANKS RD., SUITE 220
MARGATE, FL 33063